# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

HENRY ALEXANDER, individually and
as next of friend of JAMIE
ALEXANDER, DAULTON
ALEXANDER, JUSTIN ALEXANDER,
and HUNTER ALEXANDER; and
CRYSTAL ALEXANDER, individually,
and as next of friend of JAMIE
ALEXANDER, DAULTON
ALEXANDER, JUSTIN ALEXANDER,
and HUNTER ALEXANDER,

    Plaintiffs,

VS.                                                                                    NO. 1-04-1186-T/An

DURLEY GENE JOHNSTONE,
individually and d/b/a ROLLING ACRES
MOBILE ESTATES and RUTH
COLLINS, individually and as agent
and/or manager for DURLEY GENE
JOHNSTONE, d/b/a ROLLING ACRES
MOBILE ESTATES,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

IT APPEARING to the Court from statement of counsel and the record as a whole that the issues herein are resolved and the matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that this matter be and it is hereby ordered dismissed with prejudice.

                                                          James D. Todd
                                                         JUDGE

25777 A

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/9/05

DATE: 8 June 2005

APPROVED FOR ENTRY:

_____
CAROL GISH (#010231) (by permission)
Counsel for Plaintiffs
West Tennessee Legal Services, Inc.
210 West Main St.
Jackson, TN 38301
(731) 423-0616


_____
JAMES B. SUMMERS (#4721)
Counsel for Defendants
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

25777 A

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:04-CV-01186 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

James B. Summers
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable James Todd
US DISTRICT COURT